## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

Chad Cunningham

       Plaintiff,

   -vs                                   CV 10-451 PJK/RLP

University of New Mexico Board of Regents et al.

       Defendants.

## MINUTE ORDER

Please be advised that the above-captioned case has been reassigned from The Honorable

Paul J. Kelly, Circuit Judge, to The Honorable Bruce D. Black, District Judge.

In accordance with D.N.M.LR-Civ. 10.1, "the first page of each document must have the

case file number and initials of the assigned Judges."  Failure to include the initials of the newly

assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the

newly assigned judge.  **Kindly submit all further pleadings for the above-captioned case as**

**case number CIV 10-451 BB/RLP**.  PER ORDER OF THE COURT.

_____

  **MATTHEW J. DYKMAN**
  **CLERK, U. S. DISTRICT COURT**