# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CHAD CUNNINGHAM,**

        **Plaintiff(s),**

**vs.**                            **Case No.: CIV 10-451**

**THE REGENTS OF THE UNIVERSITY
OF NEW MEXICO, UNIVERSITY OF
NEW MEXICO SCHOOL OF MEDICINE,
and the NATIONAL BOARD OF MEDICAL
EXAMINERS,**

        **Defendant(s).**

## NOTICE OF UNAVAILABILITY

    COMES NOW Dennis W. Montoya, counsel for Plaintiff, and hereby gives notice that he will be unavailable on the following date: **July 21through July 26, 2010.**

    Counsel respectfully requests that no trials, hearings, depositions, discovery deadlines or other matters be scheduled during the specified period.

                                            Respectfully submitted,

                                            /s/ Dennis W. Montoya
                                            Dennis W. Montoya
                                            Attorney for Plaintiff
                                            P.O. Box 15235
                                            Rio Rancho, NM 87174-0235
                                            (505) 246-8499
                                            (505) 246-8599 (Facsimile)

I hereby certify that a true and correct of the foregoing was filed and served to opposing counsel of record electronically via the Court's electronic filing system on June 30, 2010.

/s/ Dennis W. Montoya
Dennis W. Montoya