AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

Chad Cunningham )
)
_Plaintiff_ )
v. ) Civil Action No. 10cv00451 BB/RLP
University of New Mexico Board of Regents, et al. )
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  University of New Mexico School of Medicine
Office of Academic Affairs
Basic Medical Sciences Building
MSC 08 4730
Albuquerque, NM 87131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dennis W. Montoya
MONTOYA LAW, INC.
PO Box 15235
Rio Rancho, NM 87174
(505) 246-8499

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Monday, August 02, 2010                              Julie Montoya
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10cv00451 BB/RLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNM School of Medicine
was received by me on *(date)* 8/3/10 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ten Bolvok , who is designated by law to accept service of process on behalf of *(name of organization)* UNM School of Medicine on *(date)* 8/4/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/4/10

Server's signature

Martin Vigil (Process Server)
*Printed name and title*

507 Kima Ave NW Alb NM 87102
*Server's address*

[OFFICIAL SEAL — Julie A. Schobey, NOTARY PUBLIC, STATE OF NEW MEXICO, My Commission Expires: 5-21-12]

Additional information regarding attempted service, etc: