AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

Chad Cunningham )
)
*Plaintiff* )
)
v. ) Civil Action No. 10cv00451 BB/RLP
)
University of New Mexico Board of Regents, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION
ON AMENDED COMPLAINT

To: *(Defendant's name and address)* Board of Regents
University of New Mexico
Scholes Hall Rm 141
Albuquerque, NM 87131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dennis W. Montoya
MONTOYA LAW, INC.
PO Box 15235
Rio Rancho, NM 87174
(505) 246-8499

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Monday, August 02, 2010       Julie Montoya
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10cv00451 BB/RLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Board of Regents**
was received by me on *(date)* **8/3/10**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Ian Bolnick**, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* **8/4/10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/4/10**

Server's signature

**Martin Vigil**
Printed name and title

OFFICIAL SEAL
Julie A. Schobey
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: **5-21-17**

**507 Roma Ave. N.W. Albq, NM 87102**
Server's address

Additional information regarding attempted service, etc: