## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**CHAD CUNNINGHAM,**

     **Plaintiff,**

**vs.**                                                         **NO. CIV 10-451 BB/RLP**

**UNIVERSITY OF NEW MEXICO BOARD OF
REGENTS, UNIVERSITY OF NEW MEXICO
SCHOOL OF MEDICINE, and the NATIONAL
BOARD OF MEDICAL EXAMINERS,**

     **Defendants.**

### ENTRY OF APPEARANCE

     **COME NOW** Cadigan & Park, P.C. (Alfred A. Park) and hereby enters their appearance

on behalf of the Defendants University of New Mexico Board of Regents and University of New

Mexico School of Medicine in the above captioned case and cause.

                    Respectfully submitted,

                    CADIGAN & PARK, P.C.

                    By **/s/ Alfred A. Park**
                       Alfred A. Park
                       *Counsel for Defendants UNM Board of Regents*
                         *& UNM School of Medicine*
                       3840 Masthead Street, N.E.
                       Albuquerque, New Mexico  87109
                       (505) 830-2076

I hereby certify that a true and correct copy
of the foregoing document was mailed to:

Dennis W. Montoya
*Montoya Law, Inc.*
Post Office Box 15235
Rio Rancho, New Mexico  87174-0235

on this  _26th_ day of August 2010.

**/s/ Alfred A. Park**
Alfred A. Park