IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,

    Plaintiff(s),

vs.                                                    Case No.: CIV 10-451

UNIVERSITY OF NEW MEXICO BOARD
OF REGENTS, UNIVERSITY OF NEW MEXICO
SCHOOL OF MEDICINE, and the NATIONAL
BOARD OF MEDICAL EXAMINERS,

    Defendant(s).

## ENTRY OF APPEARANCE

    **COMES NOW**, Chappell Law Firm, P.A., and hereby enters its appearance of record as co-counsel on behalf of the National Board of Medical Examiners, in the above-entitled and numbered cause of action.

    Respectfully Submitted,

    CHAPPELL LAW FIRM, P.A.

    By /s/ Bill Chappell
    Bill Chappell, Jr.
    Albuquerque Centre, Suite 150
    6001 Indian School Rd., NE
    Albuquerque, New Mexico 87110
    (505) 878-9600
    (505) 878-9696 - FAX
    *Attorneys for the National Board of Medical Examiners*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of September, 2010, I filed the foregoing Unopposed Motion for Leave to Appear Pro Hac Vice electronically through the CM/ECF procedures for the District of New Mexico, which caused the following parties or counsel to be served by electronic means, as more fully reflected of the Notice of Electronic Filing:

Dennis W. Montoya, Esq.
MONTOYA LAW, INC.
P.O. Box 15235
Rio Rancho, NM  87174-0235
(505) 246-8499
(505) 246-8599 - FAX
*Attorney for Plaintiff*

Alfred A. Park, Esq.
Cadigan & Park, P.C.
3840 Masthead St., NE
Albuquerque, NM  87109
(505) 830-2076
(505) 830-2385 - FAX
*Counsel for Defendants UNM Board of Regents & UNM School of Medicine*

Shane M. Ham, Esq.
Ronda R. Fisk, Esq.
OSBORN MALEDON, P.A.
2929 North Central Ave., Suite 2100
Phoenix, Arizona  85012
(602) 640-9363
(602) 640-6063 - FAX
*Attorneys for National Board of Medical Examiners*

/s/ Bill Chappell
Bill Chappell, Jr. Esq.

G:\data\WP60\2010\10969\Pleadings\EOA BC 09-29-10.wpd