IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,

    Plaintiff(s),

vs.                                             Case No.: CIV 10-451

UNIVERSITY OF NEW MEXICO BOARD
OF REGENTS, UNIVERSITY OF NEW MEXICO
SCHOOL OF MEDICINE, and the NATIONAL
BOARD OF MEDICAL EXAMINERS,

    Defendant(s).

## UNOPPOSED MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Ronda R. Fisk, counsel for the National Board of Medical Examiners, files this Motion for Admission to Practice Pro Hac Vice pursuant to D.N.M.LR-83.3, and would respectfully show the Court the following:

1.    Movant Ronda R. Fisk is not currently admitted to practice in the United States District Court for the District of New Mexico. Movant is admitted to practice and is a member in good standing in Arizona.

2.    Movant is counsel for the National Board of Medical Examiners and performs legal services on behalf of the National Board of Medical Examiners.

3.    Attorney Bill Chappell, Jr. of Chappell Law Firm, P.A. will act as local co-counsel with authority to act as attorneys of record for all purposes. Bill Chappell, Jr. is admitted to practice before and is a member in good standing of the United States District Court for the District of New Mexico and maintains an office within this District.

Court for the District of New Mexico and maintains an office within this District.

4. Movant has conferred with Plaintiff's counsel and counsel for Defendants University of New Mexico Board of Regents and the University of New Mexico School of Medicine regarding this Motion and they do not oppose the Motion.

5. Movant attaches her verification to this Motion.

WHEREFORE, PREMISES CONSIDERED, Ronda R. Fisk respectfully requests the Court enter an Order granting this Unopposed Motion for Leave to Appear Pro Hac Vice for the purpose of representing Defendant National Board of Medical Examiners in the above entitled and numbered cause.

RESPECTFULLY SUBMITTED this 29th day of September, 2010.

OSBORN MALEDON, P.A.

By *Ronda R. Fisk*
Ronda R. Fisk
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
(602) 640-9363
(602) 640-6063 - FAX


CHAPPELL LAW FIRM, P.A.

By *Bill Chappell*
Bill Chappell, Jr.
Albuquerque Centre, Suite 150
6001 Indian School Rd., NE
Albuquerque, New Mexico 87110
(505) 878-9600
(505) 878-9696 - FAX
*Attorneys for the National Board of Medical Examiners*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of September, 2010, I filed the foregoing Unopposed Motion for Leave to Appear Pro Hac Vice electronically through the CM/ECF procedures for the District of New Mexico, which caused the following parties or counsel to be served by electronic means, as more fully reflected of the Notice of Electronic Filing:

Dennis W. Montoya
P.O. Box 15235
Rio Rancho, NM  87174-0235

Attorneys for Plaintiff

Alfred A. Park
Cadigan & Park, P.C.
3840 Masthead St., NE
Albuquerque, NM  87109

Counsel for Defendants UNM Board of Regents
 & UNM School of Medicine

_____
Bill Chappell, Jr.

## VERIFICATION

STATE OF ARIZONA        )
                        ) ss.
COUNTY OF Maricopa      )

Ronda R. Fisk, being first duly sworn upon oath, deposes and states that the information contained in the foregoing **Unopposed Motion for Leave to Appear Pro Hac Vice** is within her personal knowledge and that the same are true and correct.

_____
Ronda R. Fisk

**SUBCRIBED AND SWORN TO** before me on this 28th day of September, 2010 by **Ronda R. Fisk**.

_____
Notary Public

My Commission Expires:



OFFICIAL SEAL
BRENDA J. WENDT
Notary Public - State of Arizona
MARICOPA COUNTY
My comm. expires March 1, 2013