IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,

        Plaintiff(s),

vs.                              Case No.: CIV 10-451

THE REGENTS OF THE UNIVERSITY
OF NEW MEXICO, UNIVERSITY OF
NEW MEXICO SCHOOL OF MEDICINE,
and the NATIONAL BOARD OF MEDICAL
EXAMINERS,
        Defendant(s).

### NOTICE OF UNOPPOSED EXTENSION FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR DISMISSAL

COMES NOW Dennis W. Montoya, counsel for Plaintiff, and hereby gives notice that Defense counsel, Alfred Park, granted Plaintiff an extension in which to file Plaintiff's Response to Defendant The Regents of the University of NM and UNM School of Medicine's Motion for Dismissal until October 21, 2010.

                                              Respectfully submitted,

                                              /s/ Dennis W. Montoya
                                              Dennis W. Montoya
                                              Attorney for Plaintiff
                                              P.O. Box 15235
                                              Rio Rancho, NM 87174-0235
                                              (505) 246-8499
                                              (505) 246-8599 (Facsimile)

I hereby certify that a true and correct of the foregoing was filed and served to opposing counsel of record electronically via the Court's electronic filing system on October 8, 2010.

/s/ Dennis W. Montoya
Dennis W. Montoya