IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,

    Plaintiff,

v.                                                                              Civ. No. 10-00451 BB/RLP

UNIVERSITY OF NEW MEXICO BOARD
OF REGENTS, *et. al*,

    Defendants.

## ORDER STAYING DISCOVERY

THIS MATTER comes before the Court on Defendant's Motion to Stay Discovery and the Court being fully advised in the premises, finds that the Motion is well-taken and shall be granted. Defendants shall notify the Court when the decision is entered on their Motion to Dismiss so that appropriate action can be taken.

IT IS THEREFORE ORDERED THAT Defendant's Motion to Stay Discovery [Doc. 13] is granted.

IT IS SO ORDERED.

                                                                               Richard L. Puglisi
                                                                               Chief United States Magistrate Judge