IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,

      Plaintiff,

vs.                                      NO. CIV 10-451 BB/RLP

UNIVERSITY OF NEW MEXICO BOARD OF
REGENTS, UNIVERSITY OF NEW MEXICO
SCHOOL OF MEDICINE, and the NATIONAL
BOARD OF MEDICAL EXAMINERS,

      Defendants.

## NOTICE OF EXTENSION FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

COMES NOW Defendants University of New Mexico Board of Regents and University of New Mexico School of Medicine, by and through their counsel of record, Cadigan & Park, P.C. (Alfred A. Park and Lawrence M. Marcus), and hereby give notice that Plaintiff's counsel, Dennis Montoya, granted them an extension until November 8, 2010, to file their Reply in support of their Motion to Dismiss.

                                      Respectfully submitted,

                                      CADIGAN & PARK, P.C.

                                      By  /s/ Alfred A. Park
                                             Alfred A. Park
                                             Lawrence M. Marcus
                                             *Counsel for Defendants UNM Board of*
                                             *Regents & UNM School of Medicine*
                                             3840 Masthead Street, N.E.
                                             Albuquerque, New Mexico 87109
                                             (505) 830-2076

I hereby certify that a true and correct copy of the foregoing document was mailed to:

Dennis W. Montoya
*Montoya Law, Inc.*
Post Office Box 15235
Rio Rancho, New Mexico  87174-0235

on this __1st__ day of November 2010.

**/s/ Alfred A. Park**
Alfred A. Park