IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHAD CUNNINGHAM,**

        Plaintiff,

vs.                                            **No. CIV 10-0451BB/RLP**

**THE REGENTS OF THE UNIVERSITY
OF NEW MEXICO, UNIVERSITY OF
NEW MEXICO SCHOOL OF MEDICINE,
THE NEW MEXICO SCHOOL OF MEDICINE
and the NATIONAL BOARD OF MEDICAL
EXAMINERS,**

        Defendants.

## NOTICE OF UNAVAILABILITY

COMES NOW Dennis W. Montoya, counsel for Plaintiff, and hereby gives notice that he will be unavailable on the following date: **December 27 through December 31, 2010.**

Counsel respectfully requests that no trials, hearings, depositions, discovery deadlines or other matters be scheduled during the specified period.

                Respectfully submitted,

                /s/ Dennis W. Montoya
                Dennis W. Montoya
                Attorney for Plaintiff
                P.O. Box 15235
                Rio Rancho, NM 87174-0235
                (505) 246-8499
                (505) 246-8599 (Facsimile)

I hereby certify that a true and correct of the foregoing was filed and served to opposing counsel of record electronically via the Court's electronic filing system on November 2, 2010.

/s/ Dennis W. Montoya
Dennis W. Montoya