IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHAD CUNNINGHAM,**  Case No.: CIV 10-451 BB/RLP

      **Plaintiff,**

vs.

**THE REGENTS OF THE
UNIVERSITY OF NEW MEXICO,
UNIVERSITY OF NEW MEXICO
SCHOOL OF MEDICINE, and the
NATIONAL BOARD OF MEDICAL
EXAMINERS,**

      **Defendants.**

## DEFENDANT NBME'S NOTICE OF UNOPPOSED EXTENSION TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

COMES NOW Defendant National Board of Medical Examiners ("NBME"), by and through their undersigned counsel, hereby gives notice that Plaintiff's counsel, Dennis Montoya, has granted an extension until November 8, 2010, to file their Reply in Support of their Motion to Dismiss.

RESPECTFULLY SUBMITTED this 3rd day of November, 2010.

                OSBORN MALEDON, P.A.

By _____
Ronda R. Fisk *(Admitted Pro Hac Vice)*
Shane M. Ham *(Admitted Pro Hac Vice)*
2929 North Central Avenue, Suite 2100
Phoenix, Arizona  85012
(602) 640-9363
(602) 640-6063 - FAX

CHAPPELL LAW FIRM, P.A.

By *[signature: Bill Chappell]*
Bill Chappell, Jr.
Albuquerque Centre, Suite 150
6001 Indian School Rd., NE
Albuquerque, New Mexico 87110
(505) 878-9600
(505) 878-9696 - FAX

*Attorneys for the National Board of Medical Examiners*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 3rd day of November, 2010, I filed the foregoing **Defendant NBME's Notice of Unopposed Extension to File Reply In Support of Motion to Dismiss** Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) electronically through the CM/ECF procedures for the District of New Mexico, which caused the following parties or counsel to be served by electronic means, as more fully reflected of the Notice of Electronic Filing:

Dennis W. Montoya
P.O. Box 15235
Rio Rancho, NM  87174-0235

Attorneys for Plaintiff

Alfred A. Park
Cadigan & Park, P.C.
3840 Masthead St., NE
Albuquerque, NM  87109

Counsel for Defendants UNM Board of Regents
  & UNM School of Medicine

*/s/ Bill Chappell*