IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,                                    Case No.: CIV 10-451 BB/RLP

       Plaintiff,

vs.

THE REGENTS OF THE
UNIVERSITY OF NEW MEXICO,
UNIVERSITY OF NEW MEXICO
SCHOOL OF MEDICINE, and the
NATIONAL BOARD OF MEDICAL
EXAMINERS,

       Defendants.

## NOTICE OF COMPLETION OF BRIEFING

    Pursuant to D.N.M.LR-Civ. 7.4(e), Plaintiff hereby gives notice that the following motion, along with the following briefs and other papers pertaining to it, has been filed with the Court:

1. Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) Filed on October 4, 2010 at Docket No. 16;

2. Plaintiff's Response to Defendant National Board of Medical Examiners' Motion To Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Defendant NBME), filed on October 18, 2010 at Docket No. 20; and

3. Defendant NBME's Reply to Plaintiff's Response to NBME's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(B)(1) and 12(B)(6) filed on November 8, 2010 at Docket No. 24.

The briefing is now complete and ready for decision.

RESPECTFULLY SUBMITTED this 8th day of November, 2010.

OSBORN MALEDON, P.A.

By     /s/ Shane M. Ham
Ronda R. Fisk *(Admitted Pro Hac Vice)*
Shane M. Ham *(Admitted Pro Hac Vice)*
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
(602) 640-9363
(602) 640-6063 - FAX

CHAPPELL LAW FIRM, P.A.

By     /s/ Bill Chappell, Jr.
Bill Chappell, Jr.
Albuquerque Centre, Suite 150
6001 Indian School Rd., NE
Albuquerque, New Mexico 87110
(505) 878-9600
(505) 878-9696 - FAX

*Attorneys for the National Board of Medical Examiners*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 8th day of November, 2010, I filed the foregoing **Notice of Completion of Briefing** electronically through the CM/ECF procedures for the District of New Mexico, which caused the following parties or counsel to be served by electronic means, as more fully reflected of the Notice of Electronic Filing:

Dennis W. Montoya
P.O. Box 15235
Rio Rancho, NM  87174-0235

Attorneys for Plaintiff

Alfred A. Park
Cadigan & Park, P.C.
3840 Masthead St., NE
Albuquerque, NM  87109

Counsel for Defendants UNM Board of Regents
 & UNM School of Medicine


  /s/ Shane M. Ham