IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,

    **Plaintiff,**

vs.                                    NO. CIV 10-451 BB/RLP

UNIVERSITY OF NEW MEXICO BOARD OF
REGENTS, UNIVERSITY OF NEW MEXICO
SCHOOL OF MEDICINE and the NATIONAL
BOARD OF MEDICAL EXAMINERS,

    **Defendants.**

## NOTICE OF COMPLETION OF BRIEFING ON UNM DEFENDANTS MOTION TO DISMISS

Defendants, University of New Mexico Board of Regents and University of New Mexico School of Medicine, by and through counsel of record, Cadigan & Park, P.C. (Alfred A. Park), hereby gives notice that briefing is complete on Defendants, University of New Mexico Board of Regents and University of New Mexico School of Medicine's Motion to Dismiss (**Doc. No. 9**) filed on September 23, 2010. Plaintiff's Response to Defendant University of New Mexico Board of Regents and University of New Mexico School of Medicine's Motion to Dismiss(**Doc. No. 19**) was filed on October 18, 2010. Defendants, University of New Mexico Board of Regents and University of New Mexico School of Medicine's Reply in Support of Motion to Dismiss (**Doc. No. 26**) was filed on November 9, 2010.

Respectfully submitted,

CADIGAN & PARK, P.C.

By **/s/ Alfred A. Park**
   Alfred A. Park
   Lawrence M. Marcus
   *Counsel for Defendants*
   3840 Masthead Street, N.E.
   Albuquerque, New Mexico 87109
   (505) 830-2076

I hereby certify that a true and correct copy of the foregoing document was mailed to:

Dennis W. Montoya
*Montoya Law, Inc.*
Post Office Box 15235
Rio Rancho, New Mexico 87174-0235

Bill Chappell, Jr.
*Chappell Law Firm, P.A.*
Albuquerque Centre, Suite 150
6001 Indian School Road, N.E.
Albuquerque, New Mexico 87110

Shane M. Ham
Ronda R. Fisk
*Osborn Maledon, P.A.*
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012

on this  9th  day of November 2010.

**/s/ Alfred A. Park**
Alfred A. Park

2