IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,

        Plaintiff(s),

vs.                                Case No.: CIV 10-451

THE REGENTS OF THE UNIVERSITY
OF NEW MEXICO, UNIVERSITY OF
NEW MEXICO SCHOOL OF MEDICINE,
and the NATIONAL BOARD OF MEDICAL
EXAMINERS,

        Defendant(s).

### ENTRY OF APPEARANCE BY JILL COLLINS
### AS COUNSEL FOR PLAINTIFF

      JILL M. COLLINS, an attorney licensed to practice law in the State of New Mexico, hereby enters her appearance as counsel for the Plaintiff in this case, Chad Cunningham.

                                      Respectfully Submitted:

                                      /s/ Jill Collins
                                      Jill M. Collins
                                      Attorney for Plaintiff
                                      1822 Lomas Blvd NW
                                      Albuquerque, NM 87104
                                      (505) 246-8499
                                      (505) 246-8599 (Facsimile)

I hereby certify that a true and correct of the foregoing was filed and served to opposing counsel of record electronically via the Court's electronic filing system on January 28, 2011.

/s/ Jill M. Collins
Jill M. Collins