## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**CHAD CUNNINGHAM,**

        **Plaintiff(s),**

**vs.**                                 **Case No.: CIV 10-451**

**THE REGENTS OF THE UNIVERSITY
OF NEW MEXICO, UNIVERSITY OF
NEW MEXICO SCHOOL OF MEDICINE,
and the NATIONAL BOARD OF MEDICAL
EXAMINERS,**
        **Defendant(s).**

### NOTICE TO WITHDRAW AS ATTORNEY OF RECORD
### - JILL M. COLLINS

Pursuant to D.N.M. LR-83.4(b), **JILL M. COLLINS** respectfully notifies this Court that she has accepted a position with the law firm of Beall & Biehler and hereby withdraws as attorney of record in the above captioned matter.

Montoya Law Inc. (Dennis W. Montoya) will remain counsel of record for Plaintiff.

                              Respectfully Submitted:
                              **MONTOYA LAW, INC.**
BY:

                              */s/ Jill M. Collins*
                              _____
                              Jill M. Collins
                              1822 Lomas Blvd NW
                              Albuquerque, NM 87104
                              (505) 246-8499
                              (505) 246-8599 (Facsimile)
                              jcollins@montoyalaw.com

**I HEREBY CERTIFY** that on February 14, 2011, the foregoing Notice to Withdraw was filed on the Court's CM/ECF electronic filing system, which upon information and

belief resulted in its electronic transmission, together with a copy of this Certificate of Service to all counsel of record.

*/s/ Jill M. Collins*

_____

Jill M. Collins