IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Chad Cunningham,

      Plaintiff,

vs.

                                  Case No. 10cv451-BB/RLP

University of New Mexico Board of Regents et al.,

      Defendants.

## MINUTE ORDER

Please be advised that the above-captioned case has been reassigned from United States Magistrate Judge Richard L. Puglisi to United States Magistrate Judge Karen B. Molzen for pretrial and discovery purposes.

In accordance with D.N.M.LR-Civ. 10.1 'the first page of each paper must have the case file number and initials of the assigned Judges.' **Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**

Kindly reflect this change when submitting further pleadings for this case as:

**10cv451-BB/KBM.**

                                                MATTHEW J. DYKMAN
                                                CLERK OF COURT