IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Chad Cunningham,

    Plaintiff,

vs.                                                                                    Case No.10cv451-BB/KBM

University of New Mexico Board of Regents et al.,

    Defendants.

## MINUTE ORDER

Please be advised that the above-captioned case has been reassigned from United States Magistrate Judge Karen B. Molzen to United States Magistrate Judge Alan C. Torgerson.

In accordance with D.N.M.LR-Civ. 10.1 'the first page of each paper must have the case file number and initials of the assigned Judges.' **Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**

Kindly reflect this change when submitting further pleadings for this case as:

**10cv451-BB/ACT.**

    MATTHEW J. DYKMAN
    CLERK OF COURT

    _____