IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,

    Plaintiff,

vs.                                          NO. CIV 10-451 BB/RLP

UNIVERSITY OF NEW MEXICO BOARD OF
REGENTS, UNIVERSITY OF NEW MEXICO
SCHOOL OF MEDICINE, and the NATIONAL
BOARD OF MEDICAL EXAMINERS,

    Defendants.

### NOTICE OF SUBSTITUION OF COUNSEL AND CHANGE OF ADDRESS

Please substitute Park & Anderson, LLC (Alfred A. Park, Erika E. Anderson, and Lawrence M. Marcus) as counsel for Defendants University of New Mexico Board of Regents and University of New Mexico School of Medicine.

All further pleadings, orders and notices should be sent to:

    Alfred A. Park
    Erika E. Anderson
    Lawrence M. Marcus
    Park & Anderson, LLC
    707 Broadway Blvd. NE, Suite 202
    Albuquerque, NM 87102
    (505) 246-2805
    (505) 246-2806 fax

                Respectfully submitted,

                PARK & ANDERSON, LLC


                By /s/ Alfred A. Park
                    Alfred A. Park
                    *Counsel for Defendants*
                    707 Broadway, N.E., Suite 202
                    Albuquerque, New Mexico  87102
                    (505) 246-2805


I hereby certify that a true and correct copy of the foregoing was mailed to:

Dennis W. Montoya
*Montoya Law, Inc.*
Post Office Box 15235
Rio Rancho, New Mexico  87174

Bill Chappell, Jr.
*Chappell Law Firm, P.A.*
Albuquerque Centre, Suite 150
6001 Indian School Road, N.E.
Albuquerque, New Mexico  87110

Shane M. Ham
Ronda R. Fisk
*Osborn Maledon, P.A.*
2929 North Central Avenue, Suite 2100
Phoenix, Arizona  85012


on this __7th__ day of April, 2011.

**/s/ Alfred A. Park**
Alfred A. Park