IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,

        Plaintiff(s),

vs.                                Case No.: CIV 10-451

THE REGENTS OF THE UNIVERSITY
OF NEW MEXICO, UNIVERSITY OF
NEW MEXICO SCHOOL OF MEDICINE,
and the NATIONAL BOARD OF MEDICAL
EXAMINERS,
        Defendant(s).

NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD BY DENNIS W. MONTOYA
AND NOTIFICATION OF SUBSTITUTION OF COUNSEL BY SANTIAGO E. JUAREZ

      DENNIS W. MONTOYA respectfully notifies this Court that he withdraws as attorney of record and substitutes Santiago E. Juarez, Attorney At Law, as Counsel of Record effective on April 16, 2011 in the above captioned matter.

Respectfully Submitted:
/s/ Santiago E. Juarez, Esq.
Santiago E. Juarez, Esq.
Attorney At Law
1822 Lomas Blvd NW
Albuquerque, NM 87104
(505) 246-8499
(505) 246-8599 (Facsimile)

CERTIFICATION OF SERVICE

      I HEREBY CERTIFY that on April 16, 2011, the foregoing Notice to Withdraw and Substitution of Counsel was filed on the Court's CM/ECF electronic filing system, which upon information and belief resulted in its electronic transmission, together with a copy of this Certificate of Service to all counsel of record.

/s/ Santiago E. Juarez, Esq.
Santiago E. Juarez, Esq.