## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**CHAD CUNNINGHAM,**

**Plaintiff,**

**vs.**                                                  **No. CIV 10-0451BB/RLP**

**THE REGENTS OF THE UNIVERSITY**
**OF NEW MEXICO, UNIVERSITY OF**
**NEW MEXICO SCHOOL OF MEDICINE,**
**THE NEW MEXICO SCHOOL OF MEDICINE**
**and the NATIONAL BOARD OF MEDICAL**
**EXAMINERS,**

**Defendants.**

## NOTICE OF APPEAL

Notice is hereby given that Chad Cunningham, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum Opinion and Order entered herein on April 20, 2011 (Doc. 34), the Order Granting Motion to Dismiss April 20, 2011 (Doc. 35).

Date:  05/19/11

_/S/Santiago E. Juarez_____
Santiago E. Juarez
New Mexico Bar # 5364
P.O. Box 15235
Rio Rancho, NM  87174-0235
(505) 246-8499
(505) 246-8599 (Facsimile)

1

**I HEREBY CERTIFY** that on the 19th of May, 2011, I filed the foregoing eelectronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

 /S/Santiago E. Juarez
Santiago E. Juarez