# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CHAD CUNNINGHAM,

      Plaintiff,

vs.                                                                                     NO. CIV 10-451 BB/RLP

UNIVERSITY OF NEW MEXICO BOARD OF
REGENTS, UNIVERSITY OF NEW MEXICO
SCHOOL OF MEDICINE, and the NATIONAL
BOARD OF MEDICAL EXAMINERS,

      Defendants.

## NOTIICE OF WITHDRAWAL OF CO-COUNSEL AND FIRM NAME CHANGE

**COMES NOW** Erika E. Anderson and hereby informs the Court that she is withdrawing as co-counsel for Defendants in the above-captioned case. Mr. Park and Mr. Marcus will continue as counsel for Defendants. In addition, the firm name will change from Park & Anderson, LLC, to Park & Associates, LLC. The firm address and contact information will remain the same.

      Respectfully submitted,

      PARK & ASSOCIATES, L.L.C.

      By    /s/ Erika E. Anderson
          Erika E. Anderson
          *Counsel for Defendants*
          707 Broadway Blvd. NE, Suite 202
          Albuquerque, NM 87102
          (505) 246-2805

PARK & ASSOCIATES, L.L.C.


By ___/s/ Alfred A. Park_____
Alfred A. Park
Lawrence E. Marcus
*Counsel for Defendants*
707 Broadway Blvd. NE, Suite 202
Albuquerque, NM 87102
(505) 246-2805


I hereby certify that a true and correct copy
of the foregoing document was mailed to:

Dennis W. Montoya
*Montoya Law, Inc.*
Post Office Box 15235
Rio Rancho, New Mexico  87174-0235

on this 5th day of October, 2012.

___/s/ Alfred A. Park_____
Alfred A. Park